that of the respondent by April 26, 1957. *Osmond K. Fraenkel* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondents.

No. 457, Misc. THOMAS *v.* ARIZONA. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted. Petitioner *pro se. Robert Morrison,* Attorney General of Arizona, *James H. Green, Jr.,* First Assistant Attorney General, and *Wesley E. Polley* for respondent.

No. 669. BOWMAN ET AL. *v.* PENNSYLVANIA STATE CHAMBER OF COMMERCE ET AL. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Benjamin C. Sigal* for Bowman et al., and *M. H. Goldstein* and *Mr. Sigal* for the Pennsylvania CIO Council, petitioners. *Charles E. Kenworthey, Charles Denby* and *Nicholas Unkovic* for respondents.

No. 682. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Wesley R. Asinof* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 684. ESTATE OF SHEDD, FIRST NATIONAL BANK OF ARIZONA, PHOENIX, EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Walter L. Nossaman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *I. Henry Kutz* for respondent.